# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Romero , Cecilia M. | United States District Court, District of Utah | 08/08/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge (full-time) | ☐ Nomination ☐ Date ☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

United States District Court for the District of Utah
351 S. West Temple
Salt Lake City, Utah 84101

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2016 | Employer-sponsored retirement plan - Holland & Hart LLP |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Romero , Cecilia M. | 08/08/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Self-employed (consultant) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Romero , Cecilia M. | 08/08/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. FACTS Management | Tutition Agreement | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Wells Fargo (cash) | A | Interest | L | T | | | | | |
| 3. Zions Bank (cash) | A | Interest | M | T | | | | | |
| 4. Key Bank (cash) | A | Interest | K | T | | | | | |
| 5. Goldman Sachs (cash) | A | Interest | M | T | Open | 07/31/20 | L | | |
| 6. Holland & Hart Retirement Cash Balance Account (cash) (no control) | A | Interest | J | T | | | | | |
| 7. Mass Mutual Whole Life Insurance Policy #1 | A | Dividend | J | W | | | | | |
| 8. Mass Mutual Whole Life Insurance Policy #2 | A | Dividend | J | W | | | | | |
| 9. State Farm Whole Life Insurance Policy (X) | B | Dividend | J | T | | | | | |
| 10. Rental Property #1, Salt Lake City, UT | E | Rent | O | W | | | | | |
| 11. Account #1 (H) | | | | | | | | | |
| 12. Eaton Vance Core Plus Bond Cl I (EIBAX) | A | Dividend | J | T | | | | | |
| 13. Touchstone Sands Cap Select Growth Cl Y (CFSIX) | B | Dividend | K | T | | | | | |
| 14. Account #2 (H) | | | | | | | | | |
| 15. State Street International Global All Cap Equity Ex US Inx K | | None | N | T | | | | | |
| 16. State Street RSL Small Mid Cap Index K | | None | M | T | | | | | |
| 17. State Street S&P 500 Index K | | None | N | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Romero , Cecilia M. | 08/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. State Street US Bond Index K | None | | M | T | | | | | |
| 19. Account #3 (H) | | | | | | | | | |
| 20. Baird Short Term Bond Inst (BSBIX) | None | | J | T | | | | | |
| 21. Baird Aggregate Bond Instl (X) | None | | K | T | | | | | |
| 22. Vanguard Institutional Index I (VINIX) | None | | K | T | | | | | |
| 23. Vanguard Mid-Cap Index I (VIMSX) | None | | J | T | | | | | |
| 24. American Beacon Small Cap Value R5 (AVFIX) | None | | J | T | | | | | |
| 25. Vanguard Small Cap Growth Index I (VSGAX) | None | | J | T | | | | | |
| 26. DFA International Value I (DFIVX) | None | | J | T | | | | | |
| 27. Vanguard International Growth Adm (VWILX) | None | | J | T | | | | | |
| 28. DFA International Small Company I (DFISX) | None | | J | T | | | | | |
| 29. DFA Emerging Markets Core Equity I (DFCEX) | None | | J | T | | | | | |
| 30. Account #4 (H) | | | | | | | | | |
| 31. General Electric (GE) | A | Dividend | J | T | | | | | |
| 32. Home Depot Inc (HD) | A | Dividend | K | T | | | | | |
| 33. Intel Corp (INTC) | A | Dividend | J | T | | | | | |
| 34. Account #5 (H) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Romero , Cecilia M. | 08/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Bank of America (BAC) | A | Dividend | J | T | | | | | |
| 36. Citigroup Inc Com (C) | A | Dividend | J | T | | | | | |
| 37. Scotts Miracle Grow (SMG) | A | Dividend | J | T | | | | | |
| 38. Skywest Inc (SKYW) | | None | J | T | | | | | |
| 39. Uber Technologies (UBER) | | None | J | T | | | | | |
| 40. Zions Bancorporation (ZION) | A | Dividend | K | T | | | | | |
| 41. Account #6 (H) | | | | | | | | | |
| 42. Janus Funds Research Fund D Shares | A | Dividend | J | T | | | | | |
| 43. Account #7 (H) | | | | | | | | | |
| 44. Guggenheim Total Return Bond Instl (GIBIX) | B | Dividend | K | T | | | | | |
| 45. Massachusetts MFS Investors Trust Cl (MITIX) | A | Dividend | K | T | | | | | |
| 46. PIMCO Stockplus Intl Hedged Cl I2 (PIUHX) | A | Dividend | K | T | | | | | |
| 47. Chevron (CVX) | A | Dividend | J | T | | | | | |
| 48. Exelon (EXC) | A | Dividend | J | T | | | | | |
| 49. Facebook (FB) | | None | K | T | | | | | |
| 50. Grainger (GWW) | A | Dividend | J | T | | | | | |
| 51. Home Depot (HD) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Romero , Cecilia M. | 08/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Johnson & Johnson (JNJ) | A | Dividend | J | T | | | | | |
| 53. Kroger Co (KR) | A | Dividend | J | T | | | | | |
| 54. Las Vegas Sands Corp (LVS) | A | Dividend | J | T | | | | | |
| 55. Procter & Gamble (PG) | A | Dividend | K | T | | | | | |
| 56. Qualcomm (QCOM) | A | Dividend | J | T | | | | | |
| 57. Walgreens Boots Alliance (WBA) | A | Dividend | J | T | | | | | |
| 58. Account #8 (H) | | | | | | | | | |
| 59. AT&T (T) | A | Dividend | J | T | | | | | |
| 60. Kroger Co (KR) | A | Dividend | J | T | Buy | 03/18/20 | J | | |
| 61. Gilead Sciences (GILD) | A | Dividend | J | T | Buy | 04/29/20 | J | | |
| 62. Target Corp (TGT) | A | Dividend | K | T | | | | | |
| 63. Zions Bancorporation (ZION) | A | Interest | J | T | Buy (add'l) | 04/08/20 | J | | |
| 64. Account #9 (H) | | | | | | | | | |
| 65. My529 Age-Based Moderate Portfolio | | None | K | T | | | | | |
| 66. Account #10 (H) | | | | | | | | | |
| 67. My529 Age-Based Aggressive Global | | None | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Romero , Cecilia M. | 08/08/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Account #3, is an employer sponsored and managed unit-based retirement plan. Transaction data is not provided to the plan participant. Information regarding this account is provided based upon the filer's best knowledge, information, and belief.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cecilia M. Romero**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544